UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

STEVE UREVITH,

                        Plaintiff,

      -against-

CR BARD INC et al.,

                      Defendants.

------------------------------------- x

<u>ORDER</u>

20 Civ. 6673 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The parties' request for a 90-day stay of the above-captioned action is GRANTED. The initial conference is adjourned from January 27, 2021 to April 28, 2021 at 9:30 am.

Dated: New York, New York
       October 19, 2020

                                            SO ORDERED.

                                            *[signature]*
                                            GEORGE B. DANIELS
                                            United States District Judge