UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DATE FILED: FEB 25 2021

------------------------------------- x

STEVE UREVITH,

                      Plaintiff,

      -against-

CR BARD INC et al.,

                      Defendants.

------------------------------------- x

ORDER

20 Civ. 6673 (GBD)

GEORGE B. DANIELS, United States District Judge:

    This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within sixty (60) days of this Order.

    The April 28, 2021 conference is canceled.

Dated: New York, New York
       February 24, 2021

                                                  SO ORDERED.

                                                  GEORGE B. DANIELS
                                                  United States District Judge